UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE BILLUPS,

    Plaintiff,

v.                                    CASE NO. 8:06-cv-1433-T-23TGW

TAMPA SPORTS AUTHORITY,

    Defendant.
_____/

## JUDGMENT IN A CIVIL CASE

This matter was tried by a jury, which rendered a verdict in favor of the defendant. Accordingly, judgment is entered for the defendant and against the plaintiff.

December 19, 2007

                                        **SHERYL L. LOESCH, CLERK**

                                        BY: *Marlene Alspach*
                                               Deputy Clerk